ACCEPTED
14-15-00923-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 10:35:10 AM
CHRISTOPHER PRINE
CLERK

# TEXAS SOUTHERN UNIVERSITY
## THURGOOD MARSHALL SCHOOL OF LAW



### 3100 CLEBURNE AVENUE
### HOUSTON, TEXAS 77004

(713) 313-7011

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 10:35:10 AM
CHRISTOPHER A. PRINE
Clerk

November 13, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

RE:    Court of Appeals Number:    14-15-00923-CV
        Trial Court Case Number:    13-CPR-025394, Fort Bend County, Texas

Style:  In the Estate of Leroy Lemons, Deceased

Dear Mr. Prine:

Please be advised that the Wills, Probate, & Guardianship ("WPG") Clinic does not represent the Appellant, Rita Lemons, in the above referenced and enumerated matter. The WPG Clinic of Thurgood Marshall School of Law is a pro bono entity, providing legal services—primarily by third year law students—under the supervision of a supervising attorney licensed to practice law in Texas. The cases handled are typically at trial or tribunal level, and very rarely, at the appellate level.

On or about October 21, 2015, Rita Lemons filed a pro se Notice of Appeal with the Fort Bend County Clerk's office. While the WPG Clinic represented Ms. Lemons in her claims regarding declaring heirship and admission of a holographic will, it does not represent her in this appeal—per our retainer agreement.

The last known address for Rita Lemons is 16215 Diamond Ridge Drive, Houston, Texas 77053. Her email address is jireh_consult@yahoo.com. The last known phone number on file is (832) 705-6898.

Please feel free to contact me at (713) 313-7275 if additional information is required.

Sincerely,

Martina E. Cartwright

Cc:    All counsel
       Rita Lemons